**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INSTITUTE OF MANAGEMENT ACCOUNTANTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAESC CO., LIMITED, <br><br> Defendants. | Civil Action No. 22-04265 (SDW)(LDW) <br><br> **ORDER** <br><br> September 7, 2022 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Plaintiff Institute of Management Accountants, Inc.'s ("Plaintiff") Motion for Default Judgment (D.E. 7) against Defendant Maesc Co., Limited ("Defendant"), and the Court having considered the submission of Plaintiff, for the reasons stated in this Court's Order dated September 7, 2022,

**IT IS** on this 7th day of September 2022,

**ORDERED** that Plaintiff's Motion for Default Judgment is denied without prejudice, as Plaintiff has failed to submit the appropriate certification and/or affidavit(s) supporting the damages sought; and

**ORDERED** that Plaintiff shall have twenty (20) days to submit the appropriate certification and/or affidavit(s) in support of damages sought in Counts One, Two, and Three of the Complaint.

**SO ORDERED.**

               ___/s/ Susan D. Wigenton_____

               **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:  Parties
   Leda D. Wettre, U.S.M.J.